# United States Court of Appeals for the Fifth Circuit

————————————

No. 24-30622
Summary Calendar

————————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 23, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jakari Alexander Lee,

*Defendant—Appellant*.

————————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:22-CR-195-1

————————————————————————

Before Jolly, Jones, and Willett, *Circuit Judges*.

Per Curiam:[*]

Jakari Alexander Lee appeals his conviction under 18 U.S.C. § 922(g)(1). He argues the statute of conviction violates the Second Amendment on its face in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). The Government previously moved to suspend

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30622

briefing and has now filed an unopposed motion for summary affirmance or, alternatively, for an extension of time in which to file a brief.

The Government is correct that Lee's facial Second Amendment challenge is foreclosed. *See United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024), *petition for cert. filed* (U.S. Feb. 18, 2025) (24-6625). Because summary affirmance is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's motion for summary affirmance is GRANTED, the motions to suspend briefing and for an extension of time to file a brief are DENIED as moot, and the district court's judgment is AFFIRMED.